**MANDATE**

E.D.N.Y.-Bklyn
15-cr-252
Chen, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of April, two thousand nineteen.

Present:
>   Barrington D. Parker,
>   Richard C. Wesley,
>   Susan L. Carney,
>     *Circuit Judges*.

United States of America,

>   *Appellee*,

v.                                                                                              17-3660

Jeffrey Webb, et al.,

>   *Defendants*,

Costas Takkas,

>   *Defendant-Appellant*.

The Government moves to dismiss as moot Appellant Costas Takkas's appeal of his order of restitution. Appellant does not oppose the motion. Upon due consideration, it is hereby ORDERED that the motion is GRANTED and the appeal is DISMISSED as moot. Because Appellant's restitution obligation was satisfied in full by another defendant, this Court can offer no further relief. *See United States v. Mercurris*, 192 F.3d 290, 293 (2d Cir. 1999) (a case becomes moot when a party no longer has "an actual injury which is likely to be redressed by a favorable judicial decision" (citing *Spencer v. Kemna*, 523 U.S. 1, 7 (1998)).

>   FOR THE COURT:
>   Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 05/21/2019