UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, | SATISFACTION OF JUDGMENT |
| -against- | Docket No. CR-15-0252 <br> (Chen, J.) |
| COSTAS TAKKAS, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $3,000,100.00, that is, restitution in the amount of $3,000,000.00, and a special assessment in the amount of $100.00, on October 31, 2017, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on October 31, 2017; and

WHEREAS, said judgment has been fully paid as to the defendant COSTAS TAKKAS;

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy and discharge the same solely as to the defendant COSTAS TAKKAS.

Dated:   Brooklyn, New York
         March 3, 2022

BREON PEACE
United States Attorney
Eastern District of New York
271 Cadman Plaza East, 8th Fl.
Brooklyn, New York 11201

By:  _____
DANIEL SAAVEDRA
Assistant U.S. Attorney
(718) 254-6360